**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MAGNACROSS LLC,**<br>Plaintiff,<br>v.<br>**HUGHES NETWORK SYSTEMS, LLC,**<br>Defendant. | C.A. NO. 1:18-cv-01494-MN |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Magnacross LLC hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Magnacross LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

March 8, 2019

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*

Timothy Devlin
Delaware Bar No. 4241
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806 Phone:
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Magnacross LLC*

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

**SO ORDERED**, this ___________ day of March, 2019.

______________________________
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2019, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin